IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CRAYTONIA LATOY BADGER                                              PLAINTIFF

v.                              CASE NO. 1:18-cv-01026

MIKE LOE, *et al*.                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 31, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26. Judge Bryant recommends that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 20) be denied. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 20) is **DENIED**.

**IT IS SO ORDERED**, this 15th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge