IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


CRAYTONIA LATOY BADGER                                    PLAINTIFF

v.                              Civil No. 1:18-cv-1026

SHERIFF MIKE LOE, Columbia County,
Arkansas; DOUG WOOD, Chief Deputy,
Columbia County Sheriff Department;
GREG HAWLEY, Jail Administrator;
Columbia County Jail; DARYL ELKINS,
Medical Doctor; and KELLY BLAIR, Investigator,
Columbia County Jail                                        DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum Opinion of even date, the Court finds that Defendants'

Motion for Summary Judgment (ECF No. 42) should be and hereby is **GRANTED**.  Accordingly,

this matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge